NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ALCOHOL MONITORING SYSTEMS, INC.,**
*Plaintiff-Appellant,*

v.

**BI INCORPORATED AND GEO CARE, INC.,**
*Defendants-Appellees.*

---

2014-1266

---

Appeal from the United States District Court for the District of Colorado in No. 1:11-cv-00301-DME-CBS, Circuit Judge David M. Ebel.

---

**ON MOTION**

---

**O R D E R**

Appellant informs the court that the district court has ruled on the post-judgment motion and moves to reactivate this appeal and set the briefing schedule.

Accordingly,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Appellant's opening brief is due 60 days from the date of filing of this order. Due dates for subsequent briefs and the joint appendix are to be calculated according to Fed. Cir. R. 30 & 31.

         F<small>OR THE</small> C<small>OURT</small>

         <u>/s/ Daniel E. O'Toole</u>
         Daniel E. O'Toole
         Clerk of Court

s26