NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ALCOHOL MONITORING SYSTEMS, INC.,**
*Plaintiff – Appellant,*

v.

**BI INCORPORATED, GEO CARE, INC.,**
*Defendants – Appellees.*

---

14-1266

---

Appeal from the United States District Court for the District of Colorado in No. 1:11-cv-00301-DME-CBS, Circuit Judge David M. Ebel.

---

ON MOTION

O R D E R

Upon consideration of the Appellant Alcohol Monitoring Systems, Inc.'s unopposed motion to extend time to file its principal brief until November 26, 2014,

IT IS ORDERED THAT:

The motion is granted.

                                          FOR THE COURT

September 26, 2014                /s/ Daniel E. O'Toole
                                            Daniel E. O'Toole
                                            Clerk of Court

cc: James Espy Dallner
Timothy P. Getzoff
Phillip S. Lorenzo
Michael P. Manning
Jon Trembath